IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| WILLIAM TAVARES DUNN, | § § | |
| Petitioner, | § § | |
| v. | § § | 2:13-CV-029 |
| RICK THALER,<br>Director, Texas Dep't of Criminal Justice,<br>Correctional Institutions Division, | § § § § | |
| Respondent. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a federal writ of habeas corpus. On February 28, 2013, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein the instant habeas application be denied. Petitioner filed objections, but those objections were stricken, and petitioner has not since filed any additional objections. Consequently, as of this date there are no record objections to the Magistrate Judge's Report and Recommendation.

Having made an independent examination of the record in this case, the undersigned United States District Judge is of the opinion the Magistrate Judge's Report and Recommendation should be, and hereby is, ADOPTED. Accordingly, the petition for a writ of habeas corpus is hereby DENIED.

IT IS SO ORDERED.

ENTERED this _____ day of _____ 2013.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE